JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
MABEL LEONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oo0oo--

| UNITED STATES OF AMERICA, | ) Case No.: CR 15-0127 WHO [MAG] |
|---|---|
| Plaintiff, | ) **STIPULATION AND** |
| vs. | ) **ORDER RE: EXTENDING CURFEW** |
|  | ) **HOURS ON CHRISTMAS DAY** |
| MABEL LEONG, | ) |
| Defendant. | ) |

Defendant MABEL LEONG seeks modification of the conditions of her pretrial release order as follows:

Defendant MABEL LEONG will be allowed to extend her curfew hours on December 25, 2015 from 10 p.m. to 12 midnight.

**STIPULATION AND  ORDER** 1-

The parties hereby agree this modification of curfew hours as stated above and ask that the Court modify the conditions of Defendant Leong's pretrial release order accordingly through the attached Proposed Order.

IT IS SO STIPULATED

DATED: December 23, 2015

          ___/s/ Jai M. Gohel_____
          JAI M. GOHEL
          Attorney for Defendant
          MABEL LEONG

DATED: December 23, 2015

          MELINDA HAAG
          United States Attorney

          ___/s/ Kevin J.Barry_____
          KEVIN J. BARRY
          Asst. United States Attorney

Attestation of Filer

In addition to myself, the other signatory to this Stipulation is Kevin J. Barry, AUSA. I certify that I have his permission to enter a conformed signature on his behalf and file with the electronic filing system of the Court.

DATED: December 23, 2015

          ___/s/ Jai M. Gohel_____
          JAI M. GOHEL
          Attorney for Defendant
          MABEL LEONG

## [PROPOSED] ORDER

Defendant MABEL LEONG pretrial release conditions shall be modified as follows:

Defendant MABEL LEONG will be allowed to extend her curfew hours on December 25, 2015 from 10 p.m. to 12 midnight.

IT IS SO ORDERED

Dated:   December 24, 2015

_____
United States District Judge

**STIPULATION AND ORDER**                                                                 -3-